IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SINOVAC BIOTECH LTD., ) ) Plaintiff, ) ) v. ) ) 1GLOBE CAPITAL LLC, et al., ) ) Defendants. ) | No. 18-cv-10421-NMG |
| 1GLOBE CAPITAL LLC, ) ) Third-Party and Counterclaim ) Plaintiff, Individually and ) Derivatively, ) ) v. ) ) SINOVAC BIOTECH LTD., ) ) Counterclaim and Nominal ) Defendant, ) ) and ) ) WEIDONG YIN and NAN WANG ) ) Third-Party Defendants. ) |  |

## **1GLOBE CAPITAL'S NOTICE OF APPEAL**

Please take notice that Defendant and Third-Party and Counterclaim Plaintiff 1Globe Capital LLC ("1Globe Capital") hereby appeals to the United States Court of Appeals for the First Circuit from the Memorandum & Order dated October 15, 2018 (entered on October 16, 2018, Dkt. 73) denying 1Globe Capital's motion for a preliminary injunction.

Dated: November 14, 2018

Respectfully submitted,

/s/Ian D. Roffman
Ian D. Roffman (BBO# 637564)
iroffman@nutter.com
Matthew J. Connolly (BBO# 676954)
mconnolly@nutter.com
Nutter McClennen & Fish LLP
Seaport West, 155 Seaport Blvd.
Boston, Massachusetts 02210
Telephone:   (617) 439-2000
Facsimile:    (617) 310-9000

*Attorneys for 1Globe Capital LLC*

## CERTIFICATE OF SERVICE

I certify that on this day of November 14, 2018, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/*Ian D. Roffman*
Ian D. Roffman