**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

SINOVAC BIOTECH LTD.,

*Plaintiff,*

v.

1GLOBE CAPITAL LLC, et al.,

*Defendants*.

No. 18-cv-10421-NMG

JURY TRIAL DEMANDED

1GLOBE CAPITAL LLC,

*Third-Party and
Counterclaim Plaintiff,*

v.

SINOVAC BIOTECH LTD.,

*Counterclaim Defendant*

and

WEIDONG YIN and NAN WANG,

*Third-Party Defendants*.

**JOINT STATUS REPORT**

On August 17, 2018, this Court entered an Order directing Sinovac Biotech Ltd. and 1Globe Capital LLC (the "Parties") to file a joint status report with respect to *1Globe Capital, LLC, and Sinovac Biotech Ltd.* (Claim No. ANUHCV 2018/0120) ("Antigua Action"), litigation pending in the Eastern Caribbean Supreme Court In The High Court Of Justice, Antigua And

Barbuda  ("Antigua Court") "on or before November 16, 2018 and every 90 days thereafter."  Dkt.

No. 34.

The Parties hereby advise the Court that the Antigua Court has revised its pre-trial order to allow additional submissions of evidence and preparatory work for the trial in the Antigua Action and has rescheduled the trial to begin December 3, 2018.

Dated:  November 14, 2018                              Respectfully submitted,

                                                        **LATHAM & WATKINS LLP**

                                                        */s/ J. Christian Word*
                                                        J. Christian Word, *pro hac vice*
                                                        Sarah A. Tomkowiak, *pro hac vice*
                                                        555 Eleventh Street NW, Suite 1000
                                                        Washington, D.C. 20004
                                                        Telephone: (202) 637-2200
                                                        Facsimile: (202) 637-2201
                                                        Emails: sarah.tomkowiak@lw.com
                                                        christian.word@lw.com

                                                        Eric F. Leon, *pro hac vice*
                                                        885 Third Avenue
                                                        New York, New York 10022-4834
                                                        Telephone: (212) 906-1200
                                                        Facsimile:  (212) 751-4864
                                                        Email: eric.leon@lw.com

                                                        William J. Trach (BBO# 661401)
                                                        200 Clarendon Street, 27th Floor
                                                        Boston, Massachusetts 02116
                                                        Telephone: (617) 880-4500
                                                        Facsimile: (617) 948-6001
                                                        Email: william.trach@lw.com

                                                        *Counsel for Sinovac Biotech Ltd.*

*/s/ Ian D. Roffman*
Ian D. Roffman (BBO# 637564)
iroffman@nutter.com
Matthew J. Connolly (BBO# 676954)
mconnolly@nutter.com
Nutter McClennen & Fish LLP
155 Seaport Blvd.
Boston, MA 02210
617-439-2000

*Counsel for 1Globe Capital*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 14, 2018.

Dated:  November 14, 2018

/s/ J. Christian Word
J. Christian Word, *pro hac vice*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: christian.word@lw.com