IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
)
SINOVAC BIOTECH LTD.,                )
                                     )
        Plaintiff,               )
                                     )
v.                                   )  No. 18-cv-10421-NMG
                                     )
1GLOBE CAPITAL LLC, et al.,          )
                                     )
        Defendants.              )
_____)
                                     )
1GLOBE CAPITAL LLC,                  )
                                     )
        Third-Party and Counterclaim )
        Plaintiff, Individually and )
        Derivatively,            )
v.                                   )
                                     )
SINOVAC BIOTECH LTD.,                )
                                     )
        Counterclaim and Nominal )
        Defendant,               )
                                     )
   and                           )
                                     )
WEIDONG YIN and NAN WANG             )
                                     )
        Third-Party Defendants.  )
_____)

## Status Report

On December 19, 2018, plaintiff and counterclaim-defendant Sinvoac Biotech Ltd. informed the Court by letter of the decision by the High Court of Justice in the Eastern Caribbean Supreme Court, Antigua and Barbuda in the related case pending in Antigua.

Defendant and counterclaim-plaintiff 1Globe Capital further states that under the applicable Antigua court rules, a party has 42 days after a decision to appeal. 1Globe Capital is likely to appeal this decision, but has not made a final determination. Antigua counsel advises

that there is no specific time by which appeals must be resolved, but in the ordinary course, appeals are generally resolved within three to six months of filing an appeal. If one or both parties request extensions, the time for resolution may be six to twelve months.

Dated: December 21, 2018

Respectfully submitted,

/s/Ian D. Roffman
Ian D. Roffman (BBO# 637564)
iroffman@nutter.com
Matthew J. Connolly (BBO# 676954)
mconnolly@nutter.com
Nutter McClennen & Fish LLP
Seaport West, 155 Seaport Blvd.
Boston, Massachusetts 02210
Telephone: (617) 439-2000
Facsimile: (617) 310-9000

*Attorneys for Defendants and Counterclaim Plaintiff 1Globe Capital LLC*

## CERTIFICATE OF SERVICE

I certify that on this day of December 21, 2018, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/*Ian D. Roffman*
Ian D. Roffman

4312671