UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINOVAC BIOTECH LTD., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>1GLOBE CAPITAL LLC, et al., )<br>)<br>Defendants. )<br>)<br>1GLOBE CAPITAL LLC, )<br>)<br>Third-Party and Counterclaim )<br>Plaintiff, Individually and )<br>Derivatively, )<br>v. )<br>)<br>SINOVAC BIOTECH LTD., )<br>)<br>Counterclaim and Nominal )<br>Defendant, )<br>)<br>and )<br>)<br>WEIDONG YIN and NAN WANG )<br>)<br>Third-Party Defendants. )<br>) | No. 18-cv-10421-NMG |

**Joint Status Report**

As required by the Court's August 17, 2018 Minute Order (Dkt. 34), the parties hereby provide the following status report about the related matters pending in Antigua and Delaware.

**Antigua Appeal**—The appeal by Defendant and Counterclaim-Plaintiff 1Globe Capital of the decision by the High Court of Justice in the Eastern Caribbean Supreme Court, Antigua and Barbuda remains pending. There is no current date for a hearing on the appeal. 1Globe Capital, on April 29, 2019, submitted an unopposed motion to the Antigua Court to file its initial

documents (Skeleton Arguments and Chronology, and Record of Appeal) by May 31, 2019, and for a hearing on the appeal to occur in September 2019. The Antigua court has not yet ruled on the motion.

On April 4, 2019, the Antigua appeals court entered a status quo injunction restraining Sinovac:

> [f]rom taking any step(s) to operate the [Shareholder] Rights Agreement dated 28 March 28 2016 as amended and/or restated ("Disputed Rights Agreement") . . . in any way that:
>
> a. affects 1Globe's shareholding in Sinovac, or
>
> b. affects any of 1Globe's rights as shareholder of Sinovac, or
>
> c. reduces the proportion of 1Globe's shareholding in Sinovac, or
>
> d. distributes or causes to be distributed to any of its stockholders any of the Exchange Shares . . ., or
>
> e. effects or causes an exchange of Rights . . . held by any stockholders of Sinovac for any equity securities of Sinovac or for any other items or consideration listed or described in Section 11.1.3(B) or Section 27.3 of the Disputed Rights Agreement.

**Delaware Action**—The related action in Delaware involving Sinovac's Shareholder Rights Agreement remains stayed pending the outcome of the appeal in Antigua.

Respectfully submitted,

| | |
|---|---|
| /s/Eric F. Leon | /s/Matthew J. Connolly |
| Eric F. Leon, *pro hac vice* | Ian D. Roffman (BBO# 637564) |
| Latham & Watkins LLP | iroffman@nutter.com |
| 885 Third Avenue | Matthew J. Connolly (BBO# 676954) |
| New York, New York 10022-4834 | mconnolly@nutter.com |
| Telephone: (212) 906-1200 | Nutter McClennen & Fish LLP |
| Facsimile: (212) 751-4864 | Seaport West, 155 Seaport Blvd. |
| Email: eric.leon@lw.com | Boston, Massachusetts 02210 |
| | Telephone: (617) 439-2000 |
| Sarah A. Tomkowiak, *pro hac vice* | Facsimile: (617) 310-9000 |
| J. Christian Word, *pro hac vice* | |
| Latham & Watkins LLP | *Attorneys for Defendants* |
| 555 Eleventh Street NW, Suite 1000 | |
| Washington, D.C. 20004 | |
| Telephone: (202) 637-2200 | |
| Facsimile: (202) 637-2201 | |
| Emails: sarah.tomkowiak@lw.com | |
| christian.word@lw.com | |
| | |
| William J. Trach | |
| 200 Clarendon Street, 27th Floor | |
| Boston, Massachusetts 02116 | |
| Telephone: (617) 880-4500 | |
| Facsimile: (617) 948-6001 | |
| BBO# 661401 | |
| Email: william.trach@lw.com | |

*Attorneys for Plaintiff*

Dated: May 15, 2019

## **Certificate of Service**

    I certify that on May 15, 2019, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/*Matthew J. Connolly*
Matthew J. Connolly
