IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINOVAC BIOTECH LTD., <br><br> Plaintiff, <br><br> v. <br><br> 1GLOBE CAPITAL LLC, et al., <br><br> Defendants. | No. 18-cv-10421-NMG |
| 1GLOBE CAPITAL LLC, <br><br> Third-Party and Counterclaim Plaintiff, Individually and Derivatively, <br><br> v. <br><br> SINOVAC BIOTECH LTD., <br><br> Counterclaim and Nominal Defendant, <br><br> and <br><br> WEIDONG YIN and NAN WANG <br><br> Third-Party Defendants. | |

**JOINT STATUS REPORT**

On June 18, 2019, Magistrate Judge Kelley ordered the parties to file a joint status report notifying the Court when a date is set for a hearing on the Antigua appeal (Dkt. No. 103). The parties inform the Court that a hearing on 1Globe Capital, LLC's appeal of the Judgment rendered by the Eastern Caribbean Supreme Court in the High Court of Justice, Antigua and Barbuda in the action captioned *1Globe Capital, LLC, and Sinovac Biotech Ltd.* (Claim No. ANUHCV 2018/0120), has been scheduled to commence the week of September 16, 2019.

Dated: June 21, 2019

Respectfully submitted,

/s/ Eric F. Leon
Eric F. Leon, *pro hac vice*
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile:  (212) 751-4864
Email: eric.leon@lw.com

Sarah A. Tomkowiak, *pro hac vice*
J. Christian Word, *pro hac vice*
Latham & Watkins LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Emails: sarah.tomkowiak@lw.com
christian.word@lw.com

William J. Trach
200 Clarendon Street, 27th Floor
Boston, Massachusetts 02116
Telephone: (617) 880-4500
Facsimile: (617) 948-6001
BBO# 661401
Email: william.trach@lw.com

*Attorneys for Plaintiff*

/s/ Matthew J. Connolly
Ian D. Roffman (BBO# 637564)
iroffman@nutter.com
Matthew J. Connolly (BBO# 676954)
mconnolly@nutter.com
Nutter McClennen & Fish LLP
Seaport West, 155 Seaport Blvd.
Boston, Massachusetts 02210
Telephone: (617) 439-2000
Facsimile: (617) 310-9000

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I certify that on this day of June 21, 2019, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                            /s/ *Eric F. Leon*
                                            Eric F. Leon